UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROLYN GILL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. CV 07-7503 AGR<br><br>JUDGMENT |

　　In accordance with the Memorandum Opinion filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: November 21, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE